# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Brilliant Star Drive Trust,<br><br>　　　　Plaintiff<br><br>v.<br><br>Ditech Financial LLC f/k/a Green Tree Servicing LLC and National Default Servicing Corporation,<br><br>　　　　Defendants | Case No.: 2:18-cv-01542-JAD-NJK<br><br>**Order Granting Emergency Motion for Temporary Restraining Order and Setting Hearing on Motion for a Preliminary Injunction**<br><br>[ECF No. 9] |

On the application of plaintiff Brilliant Star Drive Trust and good cause appearing, IT IS HEREBY ORDERED that Brilliant Star's emergency motion for a temporary restraining order **[ECF No. 9] is GRANTED.** The court finds that Brilliant Star is likely to be harmed if the foreclosure sale of its real property is conducted before the parties can be heard on Brilliant Star's motion for a preliminary injunction.

IT IS FURTHER ORDERED that defendants Ditech Financial LLC and National Default Servicing Corporation and their officers, agents, servants, employees, and attorneys, and others in active concert or participation with them are **RESTRAINED** from proceeding with the foreclosure sale of real property known as 8749 Brilliant Star Drive, Las Vegas, Nevada.

IT IS FURTHER ORDERED that **this restraint will expire at 6 p.m. on October 15, 2018.**

. . .

. . .

. . .

IT IS FURTHER ORDERED that the motion for preliminary injunction **[ECF No. 10] will be heard** in Courtroom 6D of the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada 89101, **at 4:00 p.m. on October 15, 2018.**

Dated: October 2, 2018

_____
U.S. District Judge Jennifer A. Dorsey