**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**DANIELLE A. KOLKOSKI, ESQ.**
Nevada Bar No. 8506
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV  89119**
Tel: (702) 476-0100
Fax: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
**DITECH FINANCIAL LLC FKA**
**GREEN TREE SERVICING LLC**

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BRILLIANT STAR DRIVE TRUST,<br><br>Plaintiff,<br>v.<br><br>DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; and NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Defendants. | CASE NO.:   2:18-CV-01542-JAD-NJK<br><br>**Stipulation and Order Remanding Case Back to State Court**<br><br>ECF No. 23 |

Brilliant Star Drive Trust, Ditech Financial LLC *fka* Green Tree Servicing LLC, and National Default Servicing Corporation, by and through their undersigned counsel of record, hereby stipulate to the following:

Pursuant to the Court's Minute Order issued on October 17, 2018 [ECF No. 15], the parties hereby submit this Stipulation to Remand the above entitled matter to the District Court of Nevada, Clark County Eighth Judicial District.  The Parties agree that this Court lacks federal diversity

///

///

///

1

3321411.1

jurisdiction based upon the deficient amount in controversy.  This Court lacks jurisdiction over this matter and therefore request this Court to remand this matter.

DATED: April 9, 2019      WOLFE & WYMAN LLP

By: */s/ Danielle A. Kolkoski*
    ANDREW A. BAO, ESQ.
    Nevada Bar No. 10508
    DANIELLE A. KOLKOSKI, ESQ.
    Nevada Bar No. 8506
    6757 Spencer St.
    Las Vegas, NV  89119
    Attorneys for Defendant
    *DITECH FINANCIAL LLC FKA*
    *GREEN TREE SERVICING LLC*

DATED: April 8, 2019      LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: */s/ Michael F. Bohn*
    MICHAEL F. BOHN, ESQ.
    Nevada Bar No. 1641
    ADAM R. TRIPPIEDI, ESQ.
    Nevada Bar No. 12294
    2260 Corporate Circle, Suite 480
    Henderson, NV  89074
    *Attorneys for Plaintiff*
    *BRILLIANT STAR DRIVE TRUST*

DATED: April ___, 2019      TIFFANY & BOSCO P.A.

By: */s/ Kevin S. Soderstrom*
    KEVIN S. SODERSTROM. ESQ.
    Nevada Bar No. 10235
    10100 W. Charleston Blvd., Suite 220
    Las Vegas, NV 89135
    *Attorneys for Defendant*
    *NATIONAL DEFAULT SERVICING CORPORATION*

**ORDER**

Based on the parties' stipulation **[ECF No. 23]** and because it appears that this court lacks jurisdiction over this case, IT IS HEREBY ORDERED that **THIS ACTION IS REMANDED** back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-778720-C. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 10, 2019

3321411.1

# CERTIFICATE OF SERVICE

On April 9, 2019, I served **STIPULATION TO REMAND TO DISTRICT COURT OF NEVADA, CLARK COUNTY** by the following means to the persons as listed below:

    __X__    a.    ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

    _____    b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Michael F. Bohn, Esq.
Adam R. Trippiedi, Esq.
LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir., Suite 480
Henderson, NV  89074
mbohn@bohnlawfirm.com
atrippiedi@bohnlaw.co,
Attorney for Plaintiff
Brilliant Star Drive Trust

Kevin S. Soderstrom, Esq.,
TIFFANY & BOSCO P.A.
10100 W. Charleston Blvd., Suite 220
Las Vegas, NV  89135
kss@tblaw.com
Attorney for Defendant
National Default Servicing Corporation

By: _____
Jamie Soquena
An employee of WOLFE & WYMAN LLP

3321411.1